UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIANA ANDERSON,<br><br>Plaintiff,<br><br>vs.<br><br>CIGNA LIFE INSURANCE COMPANY OF NEW YORK,<br><br>Defendant. | Case No: 2:18-cv-02040-RSWL (ASx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITHOUT PREJUDICE** |

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorneys fees and costs, this matter is hereby dismissed *without* prejudice.

**IT IS SO ORDERED.**

Dated: 6/29/2018        s/ RONALD S.W. LEW
                                    HONORABLE RONALD S.W. LEW
                                    UNITED STATES DISTRICT JUDGE